IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-03598-MCF13 |
|---|---|
| CESAR JAVIER TORRES ROSARIO | Chapter 13 |
| DI EVANA PEREZ NERIS | |
| xx-xx-8177 | |
| xx-xx-4664 | |
| Debtor(s) | FILED & ENTERED ON DEC/13/2022 |

ORDER DISMISSING CASE

    It appearing that debtors have failed to comply with this court's order of November 4, 2022 (see docket entry #69), it is now

    ORDERED that the instant case be and it is hereby dismissed; and it is further

    ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 13 day of December, 2022.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge