IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 21-03598-MCF13 |
| CESAR JAVIER TORRES ROSARIO | Chapter 13 |
| DI EVANA PEREZ NERIS | |
| xx-xx-8177 | |
| xx-xx-4664 | |
| Debtor(s) | FILED & ENTERED ON JAN/23/2023 |

ORDER GRANTING RECONSIDERATION

This case is before the Court on the following motion: The debtor(s)' request for reconsideration of the order dismissing the instant case (docket entry #75).

Due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of January, 2023.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge