United States Bankruptcy Court
District of Puerto Rico

In re:     Case No. 21-03598-MCF
CESAR JAVIER TORRES ROSARIO     Chapter 13
DI EVANA PEREZ NERIS
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: admin     Page 1 of 3
Date Rcvd: Jan 23, 2023     Form ID: pdf001     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | CESAR JAVIER TORRES ROSARIO, DI EVANA PEREZ NERIS, VALLE TOLIMA, K11 C. MANUEL PEREZ, CAGUAS, PR 00727-2342 |
| cr | | PLANET HOME LENDING, LLC, SERVICER FOR ESPACIO RES, c/o SARLAW LLC, Banco Popular Center, Suite 1022, 209 Munoz Rivera Ave., San Juan, PR 00918-1009 |
| cr | | RUSHMORE LOAN MANAGEMENT SERVICES, LLC, SERVICER F, c/o SARLAW LLC, Banco Popular Center, Suite 1022, 209 Munoz Rivera Ave., San Juan, PR 00918-1009 |
| 4972941 | + | BANCO DESARROLLO ECONOMICO PARA PR, PO BOX 2134, San Juan, PR 00922-2134 |
| 4972946 | | ILCA COLLECTION AGENCY INC, PO BOX 362211, San Juan, PR 00936-2211 |
| 4983596 | | ISLAND PORTFOLIO SERVICES, LLC., PO BOX 36110, SAN JUAN PR 00936-1110 |
| 4972948 | #+ | RUSHMORE LOAN MANAGEMENT SERVICES, PO BOX 11973, San Juan, PR 00922-1973 |
| 4977869 | #+ | RUSHMORE LOAN MANAGEMENT SERVICES LLC, SERVICER FOR ROOSEVELT CAYMAN ASSET COMP, PO BOX 11973, SAN JUAN PR 00922-1973 |
| 4977921 | #+ | RUSHMORE LOAN MANAGEMENT SERVICES LLC, SERVICER FOR ROOSEVELT REO PR II CORP., PO BOX 11973, SAN JUAN PR 00922-1973 |
| 4972950 | | VAZQUEZ Y VIZCARRONDO LLP, PO BOX 195389, San Juan, PR 00919-5389 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Jan 23 2023 18:55:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Jan 23 2023 18:55:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Jan 23 2023 18:55:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jan 23 2023 18:55:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| 4972937 | ^ | MEBN | Jan 23 2023 18:51:17 | ADMINISTRACION SISTEMA DE RETIRO, PO BOX 42003, San Juan, PR 00940-2203 |
| 4972942 | | Email/Text: cfigueroa@crimpr.net | Jan 23 2023 18:55:00 | CRIM, P.O. BOX 195387, San Juan, PR 00919-5387 |
| 4983034 | | Email/Text: bankruptcy@hacienda.pr.gov | Jan 23 2023 18:55:00 | DEPARTMENT OF TREASURY, BANKRUPTCY SECTION 424 B, PO BOX 9024140, SAN JUAN, PR 00902-4140 |
| 4972943 | | Email/Text: bankruptcy@hacienda.pr.gov | Jan 23 2023 18:55:00 | DEPARTMENT OF TREASURY, PO BOX |

| District/off: 0104-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2023 | Form ID: pdf001 | Total Noticed: 23 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 9024140, San Juan, PR 00902-4140 |
| 4972947 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2023 18:55:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 4972939 | | Email/Text: quiebras@lumapr.com | Jan 23 2023 18:55:00 | AUTORIDAD DE ENERGIA ELECTRICA, PO BOX 363508, San Juan, PR 00936-3508 |
| 4980444 | | Email/Text: quiebras@lumapr.com | Jan 23 2023 18:55:00 | LUMA ENERGY, REVENUE PROTECTION, PO BOX 364267, SAN JUAN, PR 00936 |
| 4995955 | + | Email/Text: BKMAIL@planethomelending.com | Jan 23 2023 18:55:00 | PLANET HOME LENDING, LLC, SERVICER FOR ESPACIO RESIDENTIAL, LLC, 321 RESEARCH PARKWAY, SUITE 303,, MERIDEN, CT 06450-8342 |
| 4974458 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2023 19:00:25 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ISLAND PORTFOLIO SERVICES LLC, PO Box 36110, San Juan, PR 00936-1110 |
| cr | * | RUSHMORE LOAN MANAGEMENT SERVICES, LLC, SERVICER F, c/o SARLAW LLC, BANCO POPULAR CENTER, SUITE 1022, 209 MUNOZ RIVERA AVE., SAN JUAN, PR 00918-1009 |
| 4972938 | * | ADMINISTRACION SISTEMA DE RETIRO, PO BOX 42003, San Juan, PR 00940-2203 |
| 4972944 | * | DEPARTMENT OF TREASURY, PO BOX 9024140, San Juan, PR 00902-4140 |
| 4972945 | * | DEPARTMENT OF TREASURY, PO BOX 9024140, San Juan, PR 00902-4140 |
| 4972940 | *P++ | LUMA ENERGY, REVENUE PROTECTION, PO BOX 364267, SAN JUAN PR 00936-4267, address filed with court:, AUTORIDAD DE ENERGIA ELECTRICA, PO BOX 363508, San Juan, PR 00936-3508 |
| 4995956 | *+ | PLANET HOME LENDING, LLC, SERVICER FOR ESPACIO RESIDENTIAL, LLC, 321 RESEARCH PARKWAY, SUITE 303,, MERIDEN, CT 06450-8342 |
| 4972949 | *+ | RUSHMORE LOAN MANAGEMENT SERVICES, PO BOX 11973, San Juan, PR 00922-1973 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSE A LEON LANDRAU | on behalf of Debtor CESAR JAVIER TORRES ROSARIO jleonlandrau@yahoo.com jleonlandrau@yahoo.com;r48292@notify.bestcase.com |
| JOSE RAMON CARRION MORALES | newecfmail@ch13-pr.com |
| JOSE RAMON CARRION MORALES (LL) | |

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 23, 2023 | Form ID: pdf001 | Total Noticed: 23 |

on behalf of Trustee JOSE RAMON CARRION MORALES newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

MYRNA L RUIZ OLMO
    on behalf of Creditor ISLAND PORTFOLIO SERVICES LLC mro@prbankruptcy.com  lsg@prbankruptcy.com

SERGIO A RAMIREZ DE ARELLANO
    on behalf of Creditor PLANET HOME LENDING  LLC, SERVICER FOR ESPACIO RESIDENTIAL, LLC
    sramirez@sarlaw.com, ddiaz@ecf.courtdrive.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-03598-MCF13 |
|---|---|
| CESAR JAVIER TORRES ROSARIO | Chapter 13 |
| DI EVANA PEREZ NERIS | |
| xx-xx-8177 | |
| xx-xx-4664 | |
| Debtor(s) | FILED & ENTERED ON JAN/23/2023 |

ORDER AND NOTICE

A hearing on confirmation is hereby scheduled for April 11, 2023, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of January, 2023.

Mildred Caban Flores
United States Bankruptcy Judge